UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Criminal No. 5:09-CR-252-FL-1
Civil No. 5:16-CV-614-FL


DAVID JENKINS,                          )
                                        )
                    Petitioner,         )
                                        )                    ORDER
        v.                              )
                                        )
UNITED STATES OF AMERICA,               )
                                        )
                    Respondent.         )


    Having examined petitioner's motion pursuant to Rule 4(b) of the Rules Governing § 2255

Proceedings, the United States Attorney is DIRECTED to file an Answer pursuant to Rule 5, Rules

Governing § 2255 Proceedings, or to make such other response as appropriate to the above-

captioned § 2255 Motion to Vacate, Set Aside or Correct Sentence, within **40** days of the filing of

this order.

    SO ORDERED, this the 27th day of June, 2016.

_____
Louise W. Flanagan
United States District Judge