IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:09-CR-252-FL-1
No. 5:16-CV-614-FL

| | |
|---|---|
| DAVID JENKINS, | ) |
| | ) |
| Petitioner, | ) |
| | ) ORDER |
| v. | ) |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

For good cause having been shown upon the motion of the Respondent United States of America for leave of court to file its response to Petitioner's supplement to his § 2255 motion out of time, D.E. 164, it is hereby

ORDERED that the motion is GRANTED. The United States' response to Petitioner's supplement, attached to its motion for leave and filed in the form of a motion to dismiss and supporting memorandum, shall be deemed timely filed. The Clerk is directed to file the United States' motion to dismiss and supporting memorandum separately on the docket.

This __17th__ day of September, 2019.

_____
LOUISE W. FLANAGAN
United States District Judge